|  |  |
|---|---|
| **DISTRICT COURT OF THE VIRGIN ISLANDS** | |
| **DIVISION OF ST. CROIX** | |

| | |  |
|---|---|---|
| **PATRICE CANTON,** | | |
| | Plaintiff, | 1:05-cv-143 |
| v. | | |
| **KMART CORPORATION,** | | |
| | Defendant. | |

**TO:** Lee J. Rohn, Esq.
Eugenio W.A. Geigel-Simounet, Esq.

## ORDER DENYING PLAINTIFF'S MOTION FOR SANCTIONS

THIS MATTER came before the Court upon Plaintiff's Motion For Sanctions For Failure to Obey the Court Order Dated November 4, 2009 (Docket No. 160). The time for filing a response has expired.

The record reflects that Defendant filed a Notice of Supplemental Discovery and Compliance with Court Order (Docket No. 161), wherein Defendant states that it provided the discovery to Plaintiff as directed.

WHEREFORE, it is now hereby **ORDERED** that Plaintiff's Motion For Sanctions For Failure to Obey the Court Order Dated November 4, 2009 (Docket No. 160) is **DENIED AS MOOT**.

ENTER:

Dated: January 8, 2010   /s/ George W. Cannon, Jr.
                        GEORGE W. CANNON, JR.
                        U.S. MAGISTRATE JUDGE